**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**RANDY YOUNG,**

    **Plaintiff,**

  **vs.**                                               **Civil Action 2:12-cv-1175
Judge Frost
Magistrate Judge King**

**HICKMAN PROPERTIES I, LLC,**

    **Defendant.**

## ORDER

The preliminary pretrial conference currently scheduled for March 21, 2013 is **RESCHEDULED** to April 16, 2013 at 2:15 p.m.

                                                           *s/Norah McCann King*
                                                           Norah M$^c$Cann King
                                                           United States Magistrate Judge

March 18, 2013
(Date)